# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code**    **A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code**    **B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 662 | Bank of Bird in Hand |
| 415 | Bank of Landisburg (The) |
| 664 | BankUnited, NA |
| 501 | BELCO Community Credit Union |
| 673 | Benchmark Federal Credit Union |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| 392 | Brentwood Bank |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |

**Bank Code**    **C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |
| 660 | Clarion FCU |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |

| | |
|---|---|
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| 380 | County Savings Bank |
| 536 | Customers Bank |

**Bank Code**    **D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code**    **E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code**    **F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |

| 604 | First Priority Bank, a division of Mid Penn Bank | 659 | JPMorgan Chase Bank, NA |
|---|---|---|---|
| **592** | **FIRST RESOURCE BANK** | **72** | **JUNIATA VALLEY BANK (THE)** |
| 657 | First United Bank & Trust | | |
| 408 | First United National Bank | | |
| 151 | Firstrust Savings Bank | **Bank Code** | **K.** |
| 416 | Fleetwood Bank | | |
| 175 | FNCB Bank | 651 | KeyBank NA |
| **647** | **FORBRIGHT BANK** | 414 | Kish Bank |
| 291 | Fox Chase Bank | | |
| 241 | Franklin Mint Federal Credit Union | | |
| 639 | Freedom Credit Union | **Bank Code** | **L.** |
| 58 | Fulton Bank, NA | | |
| | | 78 | Luzerne Bank |

**Bank Code        G.**

| 499 | Gratz Bank (The) |
|---|---|
| 498 | Greenville Savings Bank |

**Bank Code        M.**

| 361 | M & T Bank |
|---|---|
| 386 | Malvern Bank, NA |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars Bank |

**Bank Code        H.**

| 244 | Hamlin Bank & Trust Company | 367 | Mauch Chunk Trust Company |
|---|---|---|---|
| 362 | Harleysville Savings Bank | 511 | MCS (Mifflin County Savings) Bank |
| 363 | Hatboro Federal Savings | 641 | Members 1st Federal Credit Union |
| 463 | Haverford Trust Company (The) | 555 | Mercer County State Bank |
| 606 | Hometown Bank of Pennsylvania | 192 | Merchants Bank of Bangor |
| 68 | Honesdale National Bank (The) | 671 | Merchants Bank of Indiana |
| 350 | HSBC Bank USA, NA | 610 | Meridian Bank |
| **364** | **HUNTINGDON VALLEY BANK** | 294 | Mid Penn Bank |
| 605 | Huntington National Bank (The) | **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 608 | Hyperion Bank | 457 | Milton Savings Bank |
| | | **596** | **MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)** |

**Bank Code        I.**

| 669 | Industrial Bank |
|---|---|
| 365 | InFirst Bank |
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |
| 668 | Inspire FCU |
| 670 | Investors Bank |

**484        MUNCY BANK & TRUST COMPANY (THE)**

**Bank Code        N.**

| 433 | National Bank of Malvern |
|---|---|
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |

**Bank Code        J.**

| 70 | Jersey Shore State Bank | 636 | Noah Bank |
|---|---|---|---|
| 127 | Jim Thorpe Neighborhood Bank | 638 | Norristown Bell Credit Union |
| 488 | Jonestown Bank & Trust Company | 666 | Northern Trust Co. |
| | | 439 | Northumberland National Bank (The) |
| | | 93 | Northwest Bank |

**Bank Code     O.**

653     OceanFirst Bank
489     OMEGA Federal Credit Union
 94     Orrstown Bank


**Bank Code     P.**

**598**     **PARKE BANK**
584     Parkview Community Federal Credit Union
 40     Penn Community Bank
540     PennCrest Bank
419     Pennian Bank
447     Peoples Security Bank & Trust Company
 99     PeoplesBank, a Codorus Valley Company
556     Philadelphia Federal Credit Union
448     Phoenixville Federal Bank & Trust
665     Pinnacle Bank
 79     PNC Bank, NA
449     Port Richmond Savings
667     Premier Bank
354     Presence Bank
451     Progressive-Home Federal Savings & Loan
       Association
637     Provident Bank
456     Prudential Savings Bank
491     PS Bank


**Bank Code     Q.**

107     QNB Bank
560     Quaint Oak Bank


**Bank Code     R.**

452     Reliance Savings Bank
220     Republic First Bank d/b/a Republic Bank


**Bank Code     S.**

153     S & T Bank
316     Santander Bank, NA
460     Second Federal S & L Association of
       Philadelphia
646     Service 1st Federal Credit Union
458     Sharon Bank

462     Slovenian Savings & Loan Association of
       Franklin-Conemaugh
**486**     **SOMERSET TRUST COMPANY**
633     SSB Bank
**518**     **STANDARD BANK, PASB**
122     Susquehanna Community Bank


**Bank Code     T.**

143     TD Bank, NA
**656**     **TIOGA FRANKLIN SAVINGS BANK**
182     Tompkins Vist Bank
577     Traditions Bank
609     Tristate Capital Bank
672     Truist Bank
640     TruMark Financial Credit Union
467     Turbotville National Bank (The)


**Bank Code     U.**

483     UNB Bank
481     Union Building and Loan Savings Bank
634     United Bank, Inc.
472     United Bank of Philadelphia
475     United Savings Bank
600     Unity Bank
232     Univest Bank & Trust Co.


**Bank Code     V.**

611     Victory Bank (The)


**Bank Code     W.**

**119**     **WASHINGTON FINANCIAL BANK**
121     Wayne Bank
631     Wells Fargo Bank, NA
553     WesBanco Bank, Inc.
494     West View Savings Bank
473     Westmoreland Federal S & L Association
476     William Penn Bank
272     Woodlands Bank
573     Woori America Bank
630     WSFS (Wilmington Savings Fund Society), FSB

**Bank Code**     **X.**

**Bank Code**     **Y.**

**Bank Code**     **Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.